Case Number 08-17634 - CRANFIELD, DIANE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000004 | 252.18 | 3.50 |
| Remittance Total | | 252.18 | 3.50 |

*signature*
LAUREN A. HELBLING, Trustee

*FILED 09 DEC 11 AM 11:29 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*